**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOSE NONATO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Slowtide, LLC,<br><br>Defendant. | Case No.: 1:26-cv-2689<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: July 20, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**

By: Alison Chan, Esq.
4903 Avenue N,
Brooklyn, NY 11234
D: 929-442-2154
Email: achan@ealg.law